

FILED
CLERK, U.S. DISTRICT COURT

February 21, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:     VM     DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CR 15-82 MWF | **Date** | February 21, 2018 |
| **Title** | United States v. Gonzalez | | |

**Present: The Honorable**   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**        ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒    will appear for further proceedings as required if released.

☒    will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒    Allegations in petition

☒    Lack of bail resources

☒    No stable residence or employment

☐    Ties to foreign countries

☒    Previous failure to appear or violations of probation, parole, or release

☐    Nature of previous criminal convictions

☒    Substance abuse

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 15-82 MWF | Date | February 21, 2018 |
|---|---|---|---|
| Title | United States v. Gonzalez | | |

    ☐    Already in custody on state or federal offense

    ☒    Refusal to interview with Pretrial Services

    ☐

☒    Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.